BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11-cr-00354 LJO |
| ) | |
| Plaintiff, ) | ORDER GRANTING GOVERNMENT'S |
| ) | MOTION TO DISMISS DEFENDANTS |
| ) | RAFAEL JAQUEZ WITHOUT PREJUDICE |
| v. ) | (Fed. R. Crim. P. 48(a)) |
| ) | |
| RAFAEL JAQUEZ, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the charges as to RAFAEL JAQUEZ, only, in the above-entitled case be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

**Dated:   February 10, 2012**           /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

1